IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NASH FISHER WELLING                                                    PETITIONER

v.                                      CIVIL NO. 11-5075

STATE OF ARKANSAS                                                      RESPONDENT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 22, 2011, Petitioner's pro se petition under 28 U.S.C. § 2254 for a writ of habeas corpus was provisionally filed because Petitioner did not submit a filing fee or an application to proceed *in forma pauperis*.  (Doc. 1).

By Order dated March 22, 2011, the Court directed the Clerk to send an application to proceed *in forma pauperis* to the Petitioner and gave the Petitioner until April 11, 2011, in which to furnish a completed application or pay the filing fee.  (Doc. 2).  To date, Petitioner has not submitted the application or paid the filing fee.

Based on the above, the undersigned recommends Petitioner's Petition be dismissed for failing to comply with this Court's Order of March 22, 2011.  See FED.R.CIV.P. 41(b)( declaring that actions may be dismissed for failure to comply with Court Orders).  **Petitioner has fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of April 2011.

                                              /s/ *Erin L. Setser*
                                              HON. ERIN L. SETSER
                                              UNITED STATES MAGISTRATE JUDGE