```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**NASH FISHER WELLING**                                              **PLAINTIFF**

       v.           Civil No. 11-5075

**STATE OF ARKANSAS**                                                **DEFENDANT**

## O R D E R

Now on this 16th day of May, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #3), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is hereby **dismissed**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE